UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JAMES J. MALOT et al**             **CIVIL NO. 03-1185 (DRD)**
Plaintiffs,

v.

**DORADO BEACH COTTAGES et. al.,**
Defendants.

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/08/05<br>[ ] **Plff**       [X] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(2)<br><br>**Docket No.** 112 | **GRANTED**. Defendants, Dorado Beach Cottages Associates S. en C. por A., S.E., PT Cottages, Inc.; Daniel W. Shelley; Sonia Shelley, and the conjugal partnership established between them filed a notice of voluntary dismissal in consideration of the possibility that, if the First Circuit Court of Appeals were to reverse the dismissal of plaintiffs' claims, defendants would then re-instate the herein counter-claim. The Court hereby **GRANTS** defendants' request and **DISMISSES WITHOUT PREJUDICE** all claims against plaintiffs in the instant case pursuant to Fed.R.Civ.P. 41(a)(2).<br><br>Judgment will be issued accordingly. |

**Date**: November 15, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**